IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL STEPHANY,

    Plaintiff,

v.                                      CV 12-0922 WPL/GBW

AMERICAN TERRAZZO COMPANY, LTD.,
DON-JUAN EPITACIO HERNANDEZ,
and DOES 1-10,

    Defendants.

## **ORDER OF DISMISSAL WITH PREJUDICE**

    THIS MATTER having come before the Court on Defendants' Motion to Dismiss with Prejudice, all parties being in agreement and this Court being otherwise fully advised in the premises, FINDS, that the parties have equitably resolved their differences by way of compromise and that there is good cause to dismiss with prejudice all of Plaintiff's claims against the Defendants American Terrazzo Company, Ltd., Don-Juan Epitacio Hernandez, and Does 1-10.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against the Defendants American Terrazzo Company, Ltd., Don-Juan Epitacio Hernandez, and Does 1-10 are dismissed with prejudice, and that each of the parties shall bear their own attorney's fees and costs.

                                                    _____
                                                    William P. Lynch
                                                    United States Magistrate Judge

Submitted,

DOUGHTY & WEST, P.A.


By:___/s/ Justin J. Solimon_____
    Robert M. Doughty, III
    Justin J. Solimon
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
(505) 242-7070
Attorneys for Defendants


Approved by:



By:   *approval via e-mail 02/26/2013*___
    Anne Kepner
    Jeff Rickard
Needham, Kepner & Fish, LLP
1960 The Alameda St., Suite 210
San Jose CA  95126
(480) 244-2166

and

Mollie C. McGraw
McGraw & Stickland LLC
1014 South Main St. Suite C
Las Cruces NM  88005
TEL:  (575) 323-1529
*Attorneys for Plaintiff*




A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.