IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL STEPHANY,

    Plaintiff,

v.                                        CV 12-0922 WPL/GBW

AMERICAN TERRAZZO COMPANY, LTD.,
DON-JUAN EPITACIO HERNANDEZ,
and DOES 1-10,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court having dismissed Plaintiff's complaint with prejudice by an Order (Doc. 32) entered contemporaneously with this Final Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims are hereby dismissed with prejudice.

                                                _____
                                                William P. Lynch
                                                United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.